1

2

3

4                             UNITED STATES DISTRICT COURT

5                             EASTERN DISTRICT OF CALIFORNIA

6

7    ARAM SARUKHANYAN,                          No.  1:24-cv-01091-JLT-SAB (PC)

8                  Plaintiff,                   ORDER TO SHOW CAUSE WHY ACTION
                                                SHOULD NOT BE DISMISSED
9          v.
                                                (ECF No. 18)
10   DOROTHEA BERRY, et al.,

11                 Defendants.

12

13         Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

14   U.S.C. § 1983.

15         On June 10, 2025, the Court screened Plaintiff complaint, found no cognizable claims, and

16   granted Plaintiff the opportunity to amend the complaint.  (ECF No. 18.)  Plaintiff has not filed an

17   amended complaint or otherwise communicated with the Court and the time to do so has passed.

18   Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days

19   from the date of service of this order why this action should not be dismissed for failure to state a

20   cognizable claim, failure to prosecute, and failure to comply with a court order.  Plaintiff's failure

21   to comply with this order will result in a recommendation to dismiss the action for the reasons

22   stated above.

23

24   IT IS SO ORDERED.

25   Dated:  **July 22, 2025**
                                                _____
26                                              STANLEY A. BOONE
                                                United States Magistrate Judge
27

28

                                                1