UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARAM SARUKHANYAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DOROTHEA BERRY, et al.,<br><br>    Defendants. | Case No.: 1:24-cv-1091 JLT SAB<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION FOR FAILURE TO STATE A CLAIM, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 20) |

Aram Sarukhanyan seeks to hold the defendants liable for deliberate indifference to a serious medical need while he was housed at the California Substance Abuse Treatment Facility. (*See generally* Doc. 15.) The magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim. (Doc. 18 at 8-12.) Although the Court granted Plaintiff leave to file an amended complaint, he did not, nor did he otherwise respond to the Court. (*See id.* at 13.) Therefore, the Court ordered Plaintiff to show cause "why the action should not be dismissed for failure to state a cognizable claim, failure to prosecute, and failure to comply with a court order." (Doc. 19 at 1.)

After Plaintiff failed to respond to the order to show cause, the magistrate judge issued Findings and Recommendations, reiterating the findings of the screening order that Plaintiff failed to state a claim for deliberate indifference to a serious medical need. (Doc. 20 at 8-12.) The magistrate judge recommended the Court dismiss the action "for failure to state a cognizable claim for relief."

1

(*Id.* at 13.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 20 at 13.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated August 22, 2025 (Doc. 20) are **ADOPTED** in full.
2. The action is **DISMISSED** with prejudice for failure to state a claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 12, 2025**

UNITED STATES DISTRICT JUDGE